Nos. 479 and 480. DIAMOND ALKALI Co. *v.* HEINER, COLLECTOR OF INTERNAL REVENUE. December 5, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. John W. Davis, Marion N. Fisher, Wm. A. Seifert,* and *Maynard Teall* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney*

*North Seymour, Sewall Key,* and *Norman D. Keller* for respondent.